HARRY J. SCHUMM, Appellant, *v.* 25TH PROPERTIES, INC., Respondent.

Submitted June 7, 1940; decided July 24, 1940.

*Gustave G. Rosenberg* for appellant.

*George J. Stacy, James J. Mahoney* and *Paul L. Murphy* for respondent.

Judgment of Appellate Division reversed, with costs in this court and in the Appellate Division, and judgment of Trial Term affirmed. The record presents questions of fact which were properly submitted to the jury. No opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS and CONWAY, JJ. Dissenting: LEHMAN, Ch. J., and SEARS, J.